IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BLANCA SANCHEZ §
 §
VS. § CIVIL NO. 4:12-CV-712-Y
 §
NEW BREED LOGISTICS §

ORDER TO SHOW CAUSE

On May 14, 2013, plaintiff Blanca Sanchez and defendant New Breed Logistics ("New Breed") filed their seventh stipulation extending New Breed's deadline to respond to Sanchez's complaint. While the Court commends the parties for working amicably with one another, to effectively manage its docket, the Court hereby ORDERS that Sanchez show cause in writing no later than **June 14, 2013**, as to (1) why the Court should not dismiss her claims against New Breed for lack of prosecution and (2) how long this pattern of filing stipulations is expected to continue.

SIGNED May 23, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE