UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BLANCA SANCHEZ,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**NEW BREED LOGISTICS, Inc.,**<br><br>　　　　Defendant. | Civil Action No. 4:12-cv-00712-Y |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii) WITH PREJUDICE**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Blanca Sanchez and Defendant New Breed Logistics, Inc., through their respective undersigned counsel, that the above-captioned action shall be and hereby is voluntarily dismissed in its entirety, with prejudice, against the defendant NEW BREED LOGISTICS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with no award of attorneys' fees or costs by the Court to any party.

Dated : _____

| Attorney for Plaintiff Blanca Sanchez | Attorney for Defendant New Breed Logistics, Inc. |
|---|---|
| By: /s/ Brett L. Myers<br>Brett L. Myers, Esq.<br>David, Goodman & Madole<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 1200<br>Dallas, Texas 75240<br>Phone: (972) 991-0889<br>Email: bmyers@dgmlegal.com | By: /s/ Deborah L. Fletcher<br>Deborah L. Fletcher, Esq.<br>FisherBroyles, LLP<br>6000 Fairview Road, Suite 1200<br>Charlotte, North Carolina 28210<br>Phone: (704) 442-7263<br>Email: dfletcher@fisherbroyles.com |

　　　　　　　　　　　　　　　　SO ORDERED

Signed _____, 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Solo Page