IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BLANCA SANCHEZ | § | |
| | § | |
| VS. | § | CIVIL NO. 4:12-CV-712-Y |
| | § | |
| NEW BREED LOGISTICS | § | |

ORDER TO SHOW CAUSE

On June 13, 2013, after receiving word that the parties had resolved all matters in controversy in this case, the Court entered an Order to File Dismissal Documents (doc. 14) instructing the parties to file a motion to dismiss or stipulation of dismissal no later than July 15.  Upon motion of the parties, the Court later extended this deadline to July 30 (doc. 16).  Nevertheless, the parties have yet to file their dismissal documents.

Accordingly, the parties are ORDERED to show cause in writing, no later than **August 21, 2013**, as to why the Court should not enter a scheduling order and move forward in this case.

SIGNED August 8, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE