```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

```
BLANCA SANCHEZ                    §
                                  §
VS.                               §  CIVIL NO. 4:12-CV-712-Y
                                  §
NEW BREED LOGISTICS               §
```

FINAL JUDGMENT

In accordance with the parties' stipulation of dismissal (doc. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

SIGNED August 13, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE